

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00643-CR

Lonnie **PRICE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9144
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 2, 2015.

Sandee Bryan Marion, Chief Justice